**Arthur RODGERS, Plaintiff–Appellant,**

v.

**Michael STALLINGS; Leah Young-blood; Sergeant Whitacre; Officer Portmess; Sottas; Lambert; Unknown NBCI Prison Staff; Scott Oakley; Robin Woolford, Defendants–Appellees**

**and**

**OORT, Defendant.**

No. 14–7291.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 22, 2015.

Decided: Jan. 27, 2015.

Arthur Rodgers, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Rodgers seeks to appeal the district court's order denying Rodgers' motions for discovery and appointment of counsel in his 42 U.S.C. § 1983 (2012) civil rights action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interloc-

utory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Rodgers seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction and deny the pending motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*